Decided June 16, 2004

BEVERLY L. GRIMM *v.* ROBERT L. GRIMM

The plaintiff's cross petition for certification for appeal from the Appellate Court, 82 Conn. App. 41 (AC 23901), is granted, limited to the following issue:

"Did the Appellate Court improperly reverse the trial court's award of counsel fees?"

The Supreme Court docket number is SC 17213.

*Norman A. Roberts II*, in support of the cross petition.

*John Wayne Fox* and *Patricia M. Gaug*, in opposition.

Decided June 16, 2004